UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

IN RE:                                          :          CHAPTER 7
MELVIN THOMPSON
*A/K/A* MEL THOMPSON,
     DEBTOR,                          :          CASE NO. 11-32924 jam

OCWEN LOAN SERVICING, LLC, AS SERVICER
FOR DEUTSCHE BANK NATIONAL TRUST
COMPANY, AS TRUSTEE FOR MORGAN STANLEY
ABS CAPITAL I INC. TRUST 2004-NC1, MORTGAGE
PASS-THROUGH CERTIFICATES, SERIES 2004-NC1,
     MOVANT

VS                                              :

MELVIN THOMPSON                                 :
*A/K/A* MEL THOMPSON,
     DEBTOR

BARBARA H. KATZ, TRUSTEE                         :          September 3, 2015
     RESPONDENTS

## OBJECTION TO MOTION FOR RELIEF FROM STAY

     The Debtor herein, by and through his undersigned counsel, hereby objects to the Motion

for Relief from Stay dated August 18, 2015 [ECF No. 126] (the "Motion") on the following

grounds:

    1.     The Motion fails to comply with the signature requirements of F.R.Civ.P. 11(a).

    2.     The Motion fails to comply with the signature requirements of Rule 10(c) of the

Court's Administrative Procedures.

    3.     The Movant lacks standing relative to the relief sought by the Motion.

THE DEBTOR:

By: *Gregory F. Arcaro*
    Gregory F. Arcaro, Esq. (ct19781)
    Grafstein & Arcaro, LLC
    10 Melrose Drive
    Farmington, CT 06032
    (860) 674-8003
    (860) 676-9168 Fax
    garcaro@grafsteinlaw.com